No. 892. HAZELTINE CORPORATION *v.* CROSLEY CORPORATION. March 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. William H. Davis* and *R. M. Adams* for petitioner. *Messrs. Samuel E. Darby, Jr.* and *Floyd H. Crews* for respondent.

No. 893. UNITED STATES GYPSUM CO. *v.* GALEOTA. March 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. T. Carl Nixon* for petitioner. *Mr. William L. Clay* for respondent.

No. 897. TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS *v.* BENNER, ADMINISTRATRIX. March 2, 1942. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Carleton S. Hadley, Walter N. Davis,* and *Arnot L. Sheppard* for petitioner. *Messrs. Mark D. Eagleton* and *Roberts P. Elam* for respondent.

No. 902. BARKER *v.* LEVIN, TRUSTEE IN BANKRUPTCY. March 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Luke E. Hart* for petitioner. *Mr. Morris J. Levin* for respondent.

No. 849. NOVICK *v.* UNITED STATES. March 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Jacob W. Friedman* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. W. Marvin Smith* for the United States.